**GUTRIDE SAFIER LLP**
ADAM J. GUTRIDE (State Bar No. 181446)
SETH A. SAFIER (State Bar No. 197427)
MARIE MCCRARY (State Bar No. 262670)
KRISTEN G. SIMPLICIO (State Bar No. 263291)
100 Pine Street, Suite 1250
San Francisco, California 94111
Telephone: (415) 271-6469
Facsimile: (415) 449-6469

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDAN PEACOCK, an individual, on behalf of himself, the general public and those similarly situated, | CASE NO. 4:18-cv-002105-WHA |
| | UNLIMITED CIVIL CASE |
| Plaintiff, | |
| v. | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| SMALL PLANET FOODS, INC.; GENERAL MILLS, INC.; and DOES 1 THROUGH 50, | Judge: Hon. William H. Alsup |
| Defendants. | |

Plaintiff Brendan Peacock hereby voluntarily dismisses this action without prejudice pursuant to Rule 41(a)(1) of the Federal Rules of the Civil Procedure.

No consideration has been offered, promised or paid for the dismissal.

This dismissal will not prejudice the rights of any members of the putative class. This action has only been pending for two months.  To the best of Plaintiff's knowledge, this action has not been discussed in any mass media.  The only reference to the lawsuit that Plaintiff was able to find on the Internet was on two blogs dealing with class actions: www.topclassactions.com and www.classaction.org. Those blogs will be notified of the dismissal. And here is no compromise of any class claims; the dismissal is without prejudice.

Dated: May 9, 2018

**GUTRIDE SAFIER LLP**

_____
Adam J. Gutride, Esq.
Seth A. Safier, Esq.
Kristen G. Simplicio, Esq.
100 Pine Street, Suite 1250
San Francisco, California 94111

Attorneys for Plaintiff